# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cudahy, Richard D. | Court of Appeals/7th Circuit | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Chambers 2648
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman of the Board of Directors | Cudahy Fund |
| 2. Chairman | Gender Bias Committee/7th Circuit Court of Appeals |
| 3. Member and Fellow | American Bar Association |
| 4. Member, Council Group | American Bar Association Section on Public Utilities, Communications & Transportation |
| 5. Member | The Lawyers Club of Chicago |
| 6. Member | Federal Judges' Association |
| 7. Trustee Emeritus and Member of Investment Committee | Catholic Theological Union, Chicago, Illinois |
| 8. Member | American Legion |
| 9. Co-Trustee | F T #1, #2 |
| 10. Member | Union League Club of Chicago |
| 11. Member | Advisory Committee to the Center for International Human Rights at Northwestern University |
| 12. Member | Foundation Advisory Board of the International Aviation Law Institute at DePaul University |
| 13. Member | Visiting Committee of the University of Chicago Divinity School |
| 14. Honorary Judicial Member | IPLAC - Intellectual Property Law Association of Chicago |
| 15. Member | Judicial Advisory Board of the American Society of International Law |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

16.  Editor | Infrastructure Quarterly, American Bar Association Section of Public Utility, Communications and Transportation Law

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓]  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Prudential Retirement (formerly ▨▨▨ Pension Plan B) | $1,451.40 |
| 2. 2011 | West Services, book royalties | $1,426.90 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Salary as medical doctor for Advocate Northside Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | McGill University Institute of Air and Space Law - 60th Anniversary | May 5-7, 2011 | Montreal, Canada | Moot Court Judge | air fare, lodging, meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. -Cash Northern Trust Chicago | A | Interest | K | T | | | | | |
| 3. -Cash Marshall&Ilsley Milw | A | Interest | J | T | | | | | |
| 4. Schwab Govt Money Fund | A | Interest | O | T | | | | | |
| 5. -U S Treas Note | C | Interest | M | T | | | | | |
| 6. -Brazil Federative Rep | B | Interest | M | T | Buy | 06/18/11 | M | | Amort/Acrete |
| 7. | | | | | Buy (add'l) | 08/26/11 | M | | |
| 8. -Philadelphia, PA | C | Interest | M | T | Buy | 12/20/11 | M | | |
| 9. -New York, NY | C | Interest | M | T | Buy | 12/13/11 | M | | |
| 10. -Maine St GO BNDS | B | Interest | | | Matured | 05/15/11 | L | | |
| 11. -NJ GO BNDS | B | Interest | | | Matured | 06/01/11 | L | | |
| 12. -MA St GO BNDS | C | Interest | M | T | | | | | |
| 13. -Boston, MA GO BDS | C | Interest | M | T | | | | | |
| 14. -Los Angeles CA Uni Schl Dist | C | Interest | M | T | | | | | |
| 15. -TN St GO BNDS | C | Interest | M | T | | | | | |
| 16. -Canada Govt | A | Interest | M | T | Buy | 6/28/11 | M | | |
| 17. -Salt Lake Cnty UT | C | Interest | | | Sold | 10/01/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Hawaii State GO BNDS | C | Interest | M | T | | | | | |
| 19. -Ishares JPM Emerg Mkt Bond | D | Interest | M | T | Buy | 6/22/11 | M | | |
| 20. -HDFC BK Ltd ADR Repstg 3 shs | | Dividend | K | T | Buy | 9/20/11 | K | | |
| 21. -Ishares Tr FTSE XNHUA IDX | A | Dividend | K | T | Buy | 4/20/11 | K | | |
| 22. -Jordan UT School | B | Interest | | | Matured | 6/15/11 | L | D | |
| 23. -Albuquerque NM MSD GO SCH BL | C | Interest | M | T | | | | | |
| 24. -Mississippi ST | C | Interest | M | T | | | | | |
| 25. -Arlington TX ISD | C | Interest | M | T | | | | | |
| 26. -Gulf Coast Waste TX | C | Interest | M | T | | | | | |
| 27. -New York NY GO BDS | C | Interest | | | Matured | 8/1/11 | L | | |
| 28. -Maricopa Cnty AZ Dist No-ref Bd | C | Interest | M | T | | | | | |
| 29. -New York ST | C | Interest | M | T | | | | | |
| 30. -Arlngton TX Perm IMPT | C | Interest | M | T | | | | | |
| 31. -St. Louis Co. MO Pkwy SDGOBDS | B | Interest | M | T | | | | | |
| 32. -ABB Ltd Sponsored ADR | | Dividend | | | Buy | 4/1/11 | K | | |
| 33. | | | | | Sold | 9/26/11 | K | | |
| 34. -Allianz SE SP ADR 1/10 sh | A | Dividend | | | Buy | 4/20/11 | K | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold | 6/3/11 | K | | |
| 36. -Arcos Dorados Hldng IN Shs Class A | A | Dividend | K | T | Buy | 8/26/11 | K | | |
| 37. -BHP Billiton Ltd Sponsored ADR | | Dividend | K | T | Buy | 12/7/11 | K | | |
| 38. -China Pete & Chem Corp Spon ADR H Shares | | Dividend | K | T | Buy | 12/7/11 | K | | |
| 39. -China Unicom (Hong Kong Sponsd ADR) | | Dividend | K | T | Buy | 5/27/11 | K | | |
| 40. -CNOOC Ltd. Sponsd ADR | A | Dividend | | | Buy | 1/27/11 | K | | |
| 41. | | | | | Sold | 9/20/11 | K | | |
| 42. -Companhia De Bebidas Das Amers Ambev | A | Dividend | K | T | Buy | 4/1/11 | K | | |
| 43. -Focus Media Hldg Ltd. sponsd ADR | | Dividend | | | Buy | 9/20/11 | K | | |
| 44. | | | | | Sold (part) | 11/21/11 | J | | |
| 45. | | | | | Sold | 12/2/11 | J | | |
| 46. -Ishares TR DJ Sel Div Inx | C | Dividend | L | T | Buy | 4/20/11 | L | | |
| 47. -Keppel Ltd Sponsored | A | Dividend | | | Buy | 4/20/11 | K | | |
| 48. | | | | | Sold | 9/20/11 | K | | |
| 49. -MFC Ishares Tr (EIDO Indonesia) ETF | C | Dividend | K | T | Buy | 8/16/11 | K | | |
| 50. -MFC Ishares Inc MSCI Singapore Index Fd | B | Dividend | K | T | Buy | 4/20/11 | K | | |
| 51. -Shire PLC ADR | A | Dividend | K | T | Buy | 1/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Siemens AG Sponsored ADR | | Dividend | | | Buy | 4/20/11 | K | | |
| 53. | | | | | Sold | 6/3/11 | K | | |
| 54.  -Swedbank AB Spd ADR | | Dividend | | | Buy | 4/20/11 | K | | |
| 55. | | | | | Sold | 8/19/11 | K | | |
| 56.  -Syngenta AG Sponsored ADR | A | Dividend | K | T | Buy | 1/27/11 | K | | |
| 57.  -Vale SA ADR | A | Dividend | | | Buy | 4/1/11 | K | | |
| 58. | | | | | Sold | 6/3/11 | K | | |
| 59.  -Volkswagon AG Sponsored ADR | | Dividend | K | T | Buy | 6/29/11 | K | | |
| 60. | | | | | Sold | 8/19/11 | K | | |
| 61.  -Newcrest Mining | A | Dividend | | | Sold (part) | 5/5/11 | M | | |
| 62. | | | | | Sold | 8/26/11 | K | D | |
| 63.  -First Eagle Gold | B | Dividend | L | T | Sold (part) | 8/26/11 | K | E | Reinv. Div |
| 64. | | | | | Sold (part) | 12/13/11 | J | A | |
| 65.  -Market Vectors ETF TR Gold Miner ETF | A | Dividend | | | Sold | 5/5/11 | J | | |
| 66.  -Agnico Eagle Mines | A | Dividend | | | Sold (part) | 5/2/11 | K | | |
| 67. | | | | | Sold | 5/5/11 | L | D | |
| 68.  -Kinross Gold | A | Dividend | | | Sold | 5/2/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Barrick Gold Corp. | A | Dividend | | | Sold (part) | 10/21/11 | K | | |
| 70. | | | | | Sold | 12/28/11 | J | | |
| 71. -Franklin Gold | B | Dividend | M | T | Sold (part) | 8/26/11 | M | E | Reinv. Div. |
| 72. | | | | | Sold | 12/28/11 | J | D | |
| 73. -[SPDR] Streettracks Gold Tr | | None | M | T | Sold (part) | 10/21/11 | K | D | |
| 74. -Genworth Life Ins. Co. | D | Distribution | M | T | Distributed | 9/19/11 | M | | |
| 75. -IRA Rollover - Schwab Cash Reserves | A | Interest | K | T | Spinoff (from line 74) | 10/17/11 | K | | |
| 76. ---IShares JPM Emrg Mkt Bd (ETF) | C | Interest | L | T | Spinoff (from line 74) | 12/7/11 | L | | |
| 77. ---Accenture PLC Ireland Shs Class A | A | Dividend | J | T | Spinoff (from line 74) | 12/7/11 | J | | |
| 78. ---BRF-Brasil Foods SA Sponsored ADR | | Dividend | J | T | Spinoff (from line 74) | 12/7/11 | J | | |
| 79. ---Core Laboratories N V Com | A | Dividend | J | T | Spinoff (from line 74) | 12/7/11 | J | | |
| 80. ---Ishares TR FTSE XNHUA IDX (FXI China 25) ETF | A | Interest | J | T | Spinoff (from line 74) | 12/7/11 | J | | |
| 81. ---Novo-Nordisk A S ADR | A | Dividend | J | T | Spinoff (from line 74) | 12/7/11 | J | | |
| 82. -USBank IRA Cash | A | Interest | K | T | | | | | |
| 83. -NuveenTaxExUnitTrusts (3) (Wells Fargo) | B | Dividend | K | T | | | | | |
| 84. -AGE Bank Dep Program (Wells Fargo) | A | Interest | J | T | | | | | |
| 85. -HarrisBnkWinnetka Cash/CashEq | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -HarrisBnkWinnetka C/D | B | Interest | M | T | | | | | |
| 87. -HarrisBnkWintka Prem Savers | A | Interest | K | T | | | | | |
| 88. -Marshl/IlslyBnkMilw C/D (IRA) | A | Interest | K | T | | | | | |
| 89. -Nuveen Prem Inc. MuniFund IV (Stifel) | C | Dividend | K | T | | | | | |
| 90. -General Muni MM (Stifel) | A | Dividend | J | T | | | | | |
| 91. VanKampen Advtg Muni Inc Tr II (Stifel) (INVSCO) | C | Dividend | K | T | | | | | |
| 92. -NuveenSelectTaxFreeIncome (Tr 625) (Wells Fargo) | B | Dividend | K | T | | | | | |
| 93. -Nuveen Municipal Value Fund (Wells Fargo) | B | Dividend | K | T | | | | | |
| 94. -Neuberger Berman Mun Fund (Intermediate) (Stifel) | B | Dividend | K | T | | | | | |
| 95. -Blackrock Muni Tr. II (Stifel) | B | Dividend | K | T | | | | | |
| 96. -Portable Pension/Advocate Health Care Network/ADP Ret Svcs | | | | | Distributed | 8/19/11 | M | | |
| 97. -Stifel IRA/Fundamentals Mut Fd | | | M | T | Spinoff (from line 96) | 08/19/11 | M | | Reinv Div. |
| 98. --AIM Intl MF Invsco Int Gr Fd CL Y | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 99. --Artisan Fds Inc. Mid Cap Val Fd Inv Shs | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 100. --Columbia Funds Ser Tr Marsico Gron Fd Class Z | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 101. --DWS Value Series, Inc. Sm Cap Val Fd | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 102. --Davis New york Venure Fd Inc. CL Y | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Dodge & Cox Funds Intl Stk Fd | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 104.  --Dodge & Cox Inc. Fd | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 105.  --Eagle Ser Sm Cap Grwth Fd Cl 1 | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 106.  --Eaton Vance Inc Fd of Boston Cl 1 | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 107.  --Fleming Mut Fd Group Inc. JPM Mid-cap Val Fd Sel Shs | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 108.  --Franklin US Govt Sec Advsr Cl | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 109.  --Franklin Invs Secs Tr Ltd Mat U.S. Govt Secs Fd Adv | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 110.  --Goldman Sachs Tr Gov Inc Fd Instl Shs | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 111.  --Harbor Fund Bd Fd | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 112.  --Harbor Fund Int'l Fund | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 113.  --Hartford Mut Fnds II Growth Fd Class 1 | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 114.  --Highmak Funds Geneva Mid-cap Growth Fiduciary Class | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 115.  --Ivy Funds Inc. Mid-cap Grwth Fd Class 1 | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 116.  --Keeley Funds Inc. sm cap value fund Class 1 | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 117.  --MFS Sers Tr X Int'l Grw Fd Cl 1 | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 118.  --PIMCO Funds High Yield Fund Class P | | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 119.  --Pioneer Ser Tr 1 Pioneer Oak Ridge Sm Cap Grwth Fd Sm Cap | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000       G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less          K =$15,001 - $50,000         L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal                R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
   (See Column C2)             U =Book Value               V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. --Pioneer Series Tr 3 Cullen Value Fd Class Y | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 121. --Vanguard Short Term Fed Fund Investor Shares | A | Dividend | J | T | Spinoff (from line 96) | 08/19/11 | J | | " |
| 122. ░░░░░░░░ FT #1 - NORTHERN TR CO-TTE | G | | P2 | T | | | | | B2=div, int, cap gain distributions |
| 123. -Short-term Investments & Cash | | Interest | | T | | | | | |
| 124. -MFB Northern SmallCapIndexFnd (NSIDX) | | Dividend | | T | Buy (add'l) | 1/18/11 | J | | reinv of div |
| 125. -MFB Northern Mid-Cap Index Fnd (NOMIX) | | Dividend | | T | Buy (add'l) | 1/18/11 | K | | " " " |
| 126. -MFB Northern Fnds Stk Ind Fund (NOSIX) | | Dividend | | T | Buy (add'l) | 1/18/11 | L | | " " " |
| 127. -MFB Northern Emerg Mkts Fund (NOEMX) | | Dividend | | T | Buy (add'l) | 1/18/11 | J | | " " " |
| 128. -MFB Northern Int'l Equ Fnd Index (NOINX) | | Dividend | | T | Buy (add'l) | 1/18/11 | K | | " " " |
| 129. -Orono, MN, Indpt Schl Dist | | Interest | | T | | | | | amort/accrete |
| 130. -Santa Fe NM Com Coll | | Interest | | T | | | | | " " |
| 131. -Pierce Co. WA Sch Dist 320 | | Interest | | T | Buy | 10/26/11 | M | | " " |
| 132. -Washoe Cty NV Schl Dist. | | Interest | | T | | | | | " " |
| 133. -Atlanta GA Dev Auth | | Interest | | | Matured | 3/2/11 | M | A | |
| 134. -ALB NMMET Arroyo FL Cntl | | Interest | | T | Buy | 10/19/11 | M | | |
| 135. -Portland, OR Sew Sys Rev. | | Interest | | T | | | | | amort/accrete |
| 136. -Glendale, AZ Wtr & Swr Rev. | | Interest | | T | | | | | " " |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U - Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Columbia, MO Sch Dist | | Interest | | T | | | | | " " |
| 138. -Maryland State | | Interest | | T | | | | | " " |
| 139. -Henrico Cnty VA | | Interest | | | Matured | 5/2/11 | M | | " " |
| 140. -Univ SC Hgr Ed Rev | | Interest | | T | Buy | 5/2/11 | M | | " " |
| 141. -Cache Co. UT Sch Dist | | Interest | | T | | | | | " " |
| 142. -Eagan, MN | | Interest | | T | | | | | " " |
| 143. -Univ of Neb. Facs Corp. | | Interest | | T | | | | | " " |
| 144. -U of Colo Enterpr Sys Rev. | | Interest | | T | | | | | " " |
| 145. -Union Cnty, NJ | | Interest | | T | | | | | " " |
| 146. -VA St Pub Schl Auth | | Interest | | T | | | | | " " |
| 147. -Norwalk, CT | | Interest | | T | | | | | " " |
| 148. -TX St | | Interest | | T | | | | | " " |
| 149. -St. Louis Cnty, MO Pkwy Schl Dist | | Interest | | T | | | | | " " |
| 150. -Overland Park, KS | | Interest | | T | | | | | " " |
| 151. -Boulder, CO | | Interest | | T | | | | | " " |
| 152. -N.C. State Cap Imprv. | | Interest | | T | | | | | " " |
| 153. -Johnson City, KS Uni Schl Dist | | Interest | | T | | | | | " " |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Iowa City, IA | | Interest | | | Matured | 6/1/11 | M | | " " |
| 155. -MA State | | Interest | | T | | | | | " " |
| 156. -DeSoto Co., Miss | | Interest | | T | | | | | " " |
| 157. -Cherokee Co., GA | | Interest | | T | | | | | " " |
| 158. ░░░░░░░░ FT #2/KL, Milw - Co-Ttee | F | | P1 | T | | | | | B2=di, int, cap gain distributions |
| 159. -Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 160. -Canada Gov. | | Interest | | T | Buy | 8/9/11 | M | | |
| 161. -U.S. Treas. Note | | Interest | | | Matured | 10/31/11 | K | | |
| 162. -Ishares Msci Emerg. Mkts Ind. Fund | | Dividend | | | Sold | 5/3/11 | M | | |
| 163. -Ishares JPM Emerg. Mkts Bd | | Interest | | T | Buy | 6/22/11 | M | | |
| 164. -Barclays IPATH MSCI India | | None | | | Sold | 2/10/11 | K | | |
| 165. -TX St Pub Fin. Auth Rev. | | Interest | | | Matured | 10/15/11 | K | | |
| 166. -Boston, MA Go Bnds | | Int./Div. | | T | | | | | |
| 167. -Maricopa Cnty AZ Sch Dist NSI | | Interest | | T | | | | | |
| 168. -TN State GO Bnds | | Interest | | T | | | | | |
| 169. -SC ST GO ST ECO | | Interest | | T | Buy | 3/9/11 | L | | |
| 170. -Kentucky Interlocal Sch Trans Auth. | | Interest | | | Matured | 3/1/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Ishares MSCI XNHUA IDX (FXI) | | Interest | | T | Sold (part) | 01/07/11 | K | | |
| 172. | | | | | Buy | 6/22/11 | M | | |
| 173. | | | | | Sold | 08/26/11 | M | | |
| 174. | | | | | Buy (add'l) | 12/7/11 | M | | |
| 175. -Shawnee KS Internal | | Interest | | T | | | | | |
| 176. -Gulf Coast Waste TX | | Interest | | T | | | | | |
| 177. -Tacoma WA Water | | Interest | | T | | | | | |
| 178. -Market Vectors ETF Gold Miner ETF | | Dividend | | | Sold | 5/5/11 | M | | |
| 179. -Ishares MSCI Australia | | Dividend | | T | | | | | |
| 180. -Ishares MSCI Brazil | | Dividend | | | Sold | 5/4/11 | M | | |
| 181. -Brazil Federative Rep. | | Interest | | T | Buy | 6/28/11 | M | | |
| 182. -Ishares MSCI Singapore | | Dividend | | T | | | | | |
| 183. -Ishares Inc MSCI Malaysia | | Interest | | T | Buy | 6/22/11 | M | | |
| 184. | | | | | Sold (part) | 12/7/11 | M | | |
| 185. | | | | | Buy (add'l) | 12/28/11 | L | | |
| 186. -MFC Ishares Tr (Indonesia ETF) EIDO | | Dividend | | T | Buy | 8/26/11 | L | | |
| 187. -Ishares TR MSCI ACWI EX | | | | T | Buy | 12/28/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -SPDR Gold Tr. Gold Shs | | Interest | | T | | | | | |
| 189. -MA St Bnds | | Interest | | | Matured | 8/1/11 | L | | |
| 190. -Denver Co. City & Co. SD | | Interest | | | Sold | 12/1/11 | L | | |
| 191. -NY GO Bnds | | Interest | | T | Buy (add'l) | | K | | |
| 192. -Flagler Co FL Ltd. GO Bnd | | Interest | | T | Buy | 3/8/11 | M | | |
| 193. -OI1 St GO Hwy CA | | Interest | | | Matured | 5/1/11 | L | | |
| 194. -Fairfax Co VA Ref Pub I | | Interest | | T | | | | | |
| 195. -Vanguard IntnatlGroPofolio | | Dividend | | | Buy (add'l) | 12/16/11 | J | | reinv div |
| 196. | | | | | Sold | 12/28/11 | N | | |
| 197. -Vanguard Index500 Pofolio | | Dividend | | T | Buy (add'l) | 03/24/11 | J | | Reinv Dividends |
| 198. | | Dividend | | T | Buy (add'l) | 06/23/11 | J | | " |
| 199. | | Dividend | | T | Buy (add'l) | 09/22/11 | J | | " |
| 200. | | Dividend | | T | Buy (add'l) | 12/22/11 | J | | " |
| 201. -Vanguard Healthcare Portfolio | | Dividend | | T | Buy (add'l) | 03/22/11 | J | | " |
| 202. | | | | T | Buy (add'l) | 12/16/11 | K | | " |
| 203. T Rowe Price MidCap Growth | | None | | T | Buy (add'l) | 12/14/11 | K | | " |
| 204.              1976 TRUST/ | E | | P1 | T | | | | | B2=div, int, cap gain distributions |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Charles Schwab Govt. Money Fund | | Interest | | T | | | | | |
| 206. -Leander, TX Ind. Sch. | | Interest | | T | | | | | |
| 207. -L.A. Calif Comm Coll GO BDS | | Interest | | T | | | | | |
| 208. -Maricopa Cty AZ Sch Dist NSI | | Interest | | T | | | | | |
| 209. TX St Pub Fin Auth | | Interest | | | Matured | 10/15/11 | K | | |
| 210. -CT St Bonds | | Interest | | | Matured | 5/1/11 | K | | |
| 211. -L.A. CA Uni Sch Dist GO Bnds | | Interest | | | Matured | 7/1/11 | K | | |
| 212. -NY GO Bonds | | Interest | | T | | | | | |
| 213. -Kentucky Intloc Sch Trans Auth | | Interest | | | Matured | 03/01/11 | K | | |
| 214. -Burlington Twp NJ Ret GO Bnd | | Interest | | T | Buy | 03/8/11 | L | | |
| 215. -Beaufort Cnty. S.C. | | Interest | | | Matured | 4/1/11 | K | | |
| 216. -Boston MA GO BDS | | Interest | | T | | | | | |
| 217. -Ishares Msci Emerg. Mkts Ind. Fund. | | Dividend | | | Sold | 5/3/11 | K | | |
| 218. -Ishares JPM Emerg Mk Bd | | Interest | | T | Buy | 7/8/11 | L | | |
| 219. -Ishares Tr Indo Invs Mkt (EIDO) MFC Shares | | Dividend | | T | Buy | 8/26/11 | K | | |
| 220. -Ishares Tr FTSE XNHUA Idx | | Interest | | T | Buy | 6/22/11 | K | | |
| 221. | | | | | Sold | 8/26/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold | 1/7/11 | K | | |
| 223. | | | | | Buy | 12/7/11 | K | | |
| 224. -Ishares Tr MSCI ACWI Ex | | Interest | | T | Buy | 12/28/11 | L | | |
| 225. -Ishares MSCI Brazil | | Dividend | | | Sold | 5/4/11 | K | | |
| 226. -Brazil Federative Rep. | | Interest | | T | Buy | 6/28/11 | M | | |
| 227. -Ishares MSCI Singapore | | Dividend | | T | | | | | |
| 228. -Ishares Inc. MSCI Malaysia | | Interest | | T | Buy | 6/22/11 | K | | |
| 229. | | | | | Sold (part) | 12/7/11 | K | | |
| 230. | | | | | Buy (add'l) | 12/28/11 | K | | |
| 231. -Barclays IPATH MSCI India | | None | | | Sold | 2/10/11 | K | | |
| 232. -MFC Shares Tr (EID) ETF (Ishares Tr Indo Invs. Mkt) | | Dividend | | T | Buy | 8/26/11 | K | | |
| 233. -VanguardWorldIntnatlGrowth | | Dividend | | | Buy (add'l) | 12/16/11 | J | | Reinv. Div. |
| 234. | | | | | Sold | 12/28/11 | M | | |
| 235. -Vanguard Index Tr 500 | | Dividend | | T | Buy (add'l) | 03/24/11 | J | | " |
| 236. | | Dividend | | T | Buy (add'l) | 06/23/11 | J | | " |
| 237. | | Dividend | | T | Buy (add'l) | 09/22/11 | J | | " |
| 238. | | Dividend | | T | Buy (add'l) | 12/22/11 | J | | " |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R = Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U = Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cudahy, Richard D. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Vanguard Health Care | | Dividend | | T | Buy (add'l) | 3/22/11 | J | | " |
| 240. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 241. -T Rowe Price MidCap Growth | | None | | T | Buy (add'l) | 12/14/11 | K | | " |
| 242. -Market Vectors EFT Gold Miner EFT | | Dividend | | | Sold | 5/5/11 | K | | |
| 243. -SPDR Gold Tr Gold Shrs | | None | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cudahy, Richard D. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.(B) [          ] retired at 12/31/10, and was no longer receiving income as a doctor in 2011; this entry represents [   ] final paycheck received in January, 2011, for services in 2010.

VII.
Line 75 is new IRA created from Genworth annuity rollover; following lines list assets purchased with proceeds and managed through Schwab.
Lines 97 through 121 are purchases for an IRA created by the rollover of a portable pension conversion following [          ] retirement. This IRA is being managed by Stifel Nicolaus.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard D. Cudahy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544